CHICAGO & NORTH WESTERN RAIL-
WAY COMPANY, Appellant

v.

ALAMO BARGE LINES.

No. 16422.

United States Court of Appeals
Eighth Circuit.

May 4, 1960.

Frank W. Davis and Ray H. Johnson, Jr., Des Moines, Iowa, for appellant.

Elliott R. McDonald, Davenport, Iowa, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on stipulation of parties.

Everett H. BICKLEY and Mary B. Bickley, a Copartnership, trading as Bickley Manufacturing Co., Appellants,

v.

FRUTCHEY BEAN COMPANY et al.,
Appellees.

No. 13989.

United States Court of Appeals
Sixth Circuit.

April 13, 1960.

H. Monroe Stanton of Stanton & McKenzie, and James W. Stenglein of Cartwright, Walker & Stenglein, Saginaw, Mich., for appellants.

Clarence B. Zewadski of Whittemore, Hulbert & Belknap, Detroit, Mich., William E. Crane of Crane, Crane, Kessel & Deibel, and John F. Learman, Saginaw, Mich., for appellees.

Before McALLISTER, Chief Judge, CECIL, Circuit Judge, and HOLLAND, Senior District Judge (by designation).

PER CURIAM.

The above cause coming on to be heard on the record, the briefs of the parties, and the arguments of counsel in open court, and the court being duly advised.

Now, therefore, it is ordered, adjudged and decreed that the judgment of the District Court be and is hereby affirmed for the reasons stated in the opinion of Judge Picard, reported in Bickley v. Frutchey Bean Company, 173 F.Supp. 516.